| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 0208 1:12CR00632 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* 18cr86 FILE |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Darrell Ezell FILED MAR 0 5 2018 KATE BARKMAN, Clerk By _____ Dep. Clerk | DISTRICT SOUTHERN DISTRICT OF NEW YORK |
|---|---|
| | NAME OF SENTENCING JUDGE J. Paul Oetken |
| | DATES OF PROBATION/SUPERVISED RELEASE: FROM 11/12/2015 — TO 11/11/2025 |

**OFFENSE**

Conspiracy to Distribute more than 1 Kilogram of Heroin, and more than 1 Kilogram of Cocaine/ 21 U.S.C. §841(b)(1)(A), 851 & 846, a Class A felony, Distribution of more than 1 Kilogram of Heroin/ 21 U.S.C. §841(b)(1)(A), 851 & 846, a Class A felony. Conspiracy to Distribute less than 50 Kilograms Marihuana / 21 U.S.C. §841(b)(1)(D), 851 & 846, a Class D felony. Possessing a Firearm in Furtherance of the Drug Trafficking Crime Charged in Count 1/18 U.S.C §924(c)(1)(A)(i), a a Class A felony, Felon in Possession of a Firearm/ 18 U.S.C. §922(g), a Class D felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of Pennsylvania upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2/6/18
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*                                                   *United States District Judge*