IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : |
| DARRELL EZELL | : NO.: 18-CR-00086 |

<u>**O R D E R**</u>

AND NOW, to wit, this       day of      , 2018, it is hereby ORDERED and DECREED that defendant's conditions of supervised release are modified to the extent that the subject is permitted to travel to the destinations as outlined in the motion herein.

**BY THE COURT:**

_____
J.

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| DARRELL EZELL | :  NO.: 18-CR-00086 |
| | : |
| | : |

**DEFENDANT'S MOTION TO MODIFY**
**CONDITIONS OF SUPERVISED RELEASE**

Defendant, Darrell Ezell, by his attorney, GREGORY J. PAGANO, ESQUIRE, hereby moves that this Honorable Court enter an Order modifying defendant's conditions of release as follows;

1. On July 17, 2012, a Criminal Complaint was filed in the above captioned matter in the Southern District of New York for violation of 21 U.S. Code § 846 - Attempt and conspiracy. Petitioner was subsequently indicted on August 15, 2012.

2. On, November 13, 2015, Mr. Ezell was sentenced to time served plus ten (10) years supervised release as well as fines and assessments totaling $18,100.00.

3. On October 21, 2016, Mr. Ezell satisfied the fines and assessments in full.

4. On, July 25, 2016, Mr. Ezell filed a petition before the Honorable J. Paul Oetken, District Court Judge, for the Southern District of New York, to travel to the Olympics in Rio De Janeiro, Brazil with his family. Judge Oetken granted Petitioner's request.

5. On, May 16, 2017, Mr. Ezell was again given travel permission from Judge

      Oetken for an "overseas vacation with his family." Mr. Ezell was granted permission to travel out of the country from May 24, 2017 to June 8, 2017.

6. On February 7, 2018, jurisdiction was transferred from the Southern District of New York to the Eastern District of Pennsylvania and assigned to Your Honor.

7. Mr. Ezell seeks the Court's permission to travel to the following destinations on said dates:

    a. Location: Bora Bora, French Polynesia

        i. Date: June 1, 2018 to June 8, 2018;

        ii. Purpose: to renew wedding vows (traveling with his wife and children);

    b. Location: Moscow, Russia

        i. Date: July 1, 2018 to July 20, 2018;

        ii. Purpose: family vacation and 2018 FIFA World Cup;

    c. Location: Shanghai, China

        i. Date: July 21, 2018 to July 27, 2018;

        ii. Purpose: business travel (to meet with manufacturing companies for the purpose of contracting, manufacturing and developing products such as, stair lifts, scooters, and dependent & personal emergency response systems);

    d. Location: Liberia, Africa

        i. Dates: July 28, 2018 to August 2, 2018;

        ii. Purpose: business travel (to seek opportunities for Sweet Home Healthcare international expansion)

WHEREFORE, for all of the foregoing reasons, it is requested that Petitioner's request for Permission to Travel while on Supervised Release be granted.

                                                Respectfully Submitted:

                                        ____/s/_____
                                              Gregory J. Pagano, Esq.
                                  Attorney for Petitioner, Darrell Ezell

DATED: MAY 4, 2018

## CERTIFICATE OF SERVICE

GREGORY J. PAGANO, ESQUIRE, hereby certifies that on the date set forth below a true and correct copy of the Petitioner, Darrell Ezell's Motion to Modify Conditions of Release, has been served by electronic filing upon the following individuals on this date:

**ASSISTANT UNITED STATES ATTORNEY**
**615 CHESTNUT STREET, SUITE 1250**
**PHILADELPHIA, PA 19106-4476**

_____
Gregory J. Pagano, Esq.
Attorney for Petitioner, Darrell Ezell

DATED: May 4, 2018