IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES | CRIMINAL ACTION |
| v. | |
| DARRELL EZELL | NO. 18-86 |

## O R D E R

**AND NOW**, this 29th day of May, 2018, upon consideration of Defendant's Motion to Terminate Supervised Release (Document No. 9, filed May 24, 2018), following a telephone conference with the parties, through counsel, on May 29, 2018, for the reasons stated during the telephone conference, all of which are incorporated herein by reference, **IT IS ORDERED** that Defendant's Motion to Terminate Supervised Release is **DENIED**.

**IT IS FURTHER ORDERED** that the parties shall submit to the Court a proposed order with respect to Defendant's Motion to Modify Conditions of Supervised Release to permit the requested travel (Document No. 4, filed May 4, 2018) setting forth the conditions of that travel as detailed by the Court during the telephone conference on or before May 30, 2018. The proposed order shall also include a provision allowing defendant to provide credit reports to the Government at the request of the Government.

BY THE COURT:

/s/ Hon. Jan E. DuBois

DuBOIS, JAN E., J.