# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL ACTION** |
| v. | |
| **DARRELL EZELL** | **NO. 18-86** |

## ORDER

**AND NOW**, this 4th day of June, 2018, upon consideration of Defendant's Motion to Modify Conditions of Supervised Release (Document No. 4, filed May 4, 2018), Government's Response in Opposition to Defendant's Motion to Modify Conditions of Supervised Release (Document No. 6, filed May 17, 2018), Defendant's Reply Brief in Support of Motion to Modify Conditions of Supervised Release (Permission to Travel) and Motion to Terminate Supervised Release (Document No. 8, filed May 24, 2018)[1], following a telephone conference with the parties, through counsel, on May 29, 2018, for the reasons stated during the telephone conference, all of which are incorporated herein by reference, **IT IS ORDERED** as follows:

1. Defendant's Motion to Modify Conditions of Supervised Release is **GRANTED**. Defendant, Darrell Ezell, is permitted to travel to a) Bora Bora, French Polynesia from June 1, 2018, to June 8, 2018, for the purpose of renewing his wedding vows, b) Moscow, Russia from July 1, 2018, to July 20, 2018, for the purpose of a family vacation and attending the 2018 FIFA World Cup, c) Shanghai, China from July 21, 2018, to July 27, 2018, for business travel, and d) Liberia, Africa from July 28, 2018, to August 2, 2018, for business travel, subject to the following conditions:

    a. Defendant, Darrell Ezell, shall notify the United States Probation Office by telephone immediately before leaving for travel to Bora Bora, French Polynesia on June 1, 2018,

---

[1] The Motion to Terminate Supervised Release, included in Defendant's Reply Brief in Support of Motion to Modify Conditions of Supervised Release (Permission to Travel), was denied by Order dated May 29, 2018 (Document No. 10).

Moscow, Russia on July 1, 2018, Shanghai, China on July 21, 2018, and Liberia, Africa on July 28, 2018;[2]

  b. Prior to departing for Bora Bora, French Polynesia on June 1, 2018, Moscow, Russia on July 1, 2018, Shanghai, China on July 21, 2018, and Liberia, Africa on July 28, 2018, defendant, Darrell Ezell, shall provide the United States Probation Office with a detailed travel itinerary, which includes, but is not limited to, contact information and lodging and flight details;[3]

  c. Defendant, Darrell Ezell, shall notify the United States Probation Office by telephone immediately upon his return to his home in Collegeville, Pennsylvania from Bora Bora, French Polynesia and Liberia, Africa.

**IT IS FURTHER ORDERED** that, by agreement of the parties, the condition of supervised release imposed by Judgment dated November 13, 2015, which directs defendant, Darrell Ezell, to provide the Probation Office with access to any and all requested financial information, is **MODIFIED** to provide that defendant, Darrell Ezell, shall produce his credit reports at the request of the United States Probation Office. Defendant, Darrell Ezell is not required to authorize the United States Probation Office to access his credit reports.

**IT IS FURTHER ORDERED** that, excepting only as noted above, the Judgment dated November 13, 2015, **CONTINUES** in effect.

BY THE COURT:

_/s/ Jan E. DuBois_
DuBOIS, JAN E., J.

---

[2] In the event defendant, Darrell Ezell, has departed for Bora Bora, French Polynesia prior to the filing of this Order, defendant shall immediately notify the United States Probation Office upon his return home in Collegeville, Pennsylvania, pursuant to section 1b.

[3] In the event defendant, Darrell Ezell, has departed for Bora Bora, French Polynesia prior to the filing of this Order, defendant shall provide the United States Probation Office with a detailed travel itinerary for all remaining travel.